IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARPREET SINGH, and NAVGEET KAUR, | ) | CASE NO. 8:07CV40 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNITED STATES ATTORNEY GENERAL, Alberto R. Gonzales, U.S. DEPARTMENT OF HOMELAND SECURITY, Michael Chertoff, Secretary, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Dr. Emilio T. Gonzalez, Director, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Nebraska Service Center, Gregory W. Christian, Director, and FEDERAL BUREAU OF INVESTIGATION, Robert S. Mueller, III, Director, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Motion to Dismiss (Filing No. 12).

The motion complies with the requirements of Fed. R. Civ. P. 41(a)(i) and will be

granted. Accordingly,

IT IS ORDERED:

1.    The Plaintiffs' Motion to Dismiss (Filing No. 12) is granted;

2.    The Complaint is dismissed without prejudice; and

3.    The parties will pay their own costs and attorney's fees.

DATED this 30th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge